**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SHAWNEE WANGLER,**<br><br>**Defendant.** | **PO-26-5100-GF-JTJ**<br><br>**VIOLATIONS:**<br>**E2371511,**<br>**E2371513,**<br>**E2371803,**<br>**E2371512**<br><br>**ORDER** |

Based upon the United States' motion to dismiss violations E2371511, E2371513, E2371803 and E2371512 and for good cause shown,

**IT IS ORDERED** that violations E2371511, E2371513, E2371803 and E2371512 are **DISMISSED**.

DATED this 29th day of October 2026.

John Johnston
United States Magistrate Judge